**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Bob Bennett a/k/a Robert S. Bennett

Appellate case number:   01-14-00136-CV

Trial court case number:  759593

Trial court:            County Court at Law No. 2 of Harris County

On February 12, 2014, relator, Bob Bennett a/k/a Robert S. Bennett, filed a petition for writ of mandamus. It is **ordered** that the real party in interest respond to the petition for writ of mandamus by **Friday, February 14, 2014 at 12:00pm**.

It is so ORDERED.

Judge's signature: /s/ Evelyn Keyes
                       X Acting individually    ☐ Acting for the Court

Date: February 13, 3014